~~LAW OFFICES OF BILL LATOUR~~
~~BILL LATOUR [CSBN: 169758]~~
~~1420 E. Cooley Dr., Suite 100~~
~~Colton, California 92324~~
~~Telephone: (909) 796-4560~~
~~Facsimile: (909) 796-3402~~
~~E-Mail: fed.latour@yahoo.com~~

~~Attorney for Plaintiff~~

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MOHAMMAD D. KABIR, ) | No. SACV 13 – 1673 AN |
| ) | |
| Plaintiff, ) | ~~[PROPOSED]~~ ORDER AWARDING |
| ) | EAJA FEES |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN ) | |
| Commissioner Of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($2,500.00) subject to the terms of the stipulation.

DATE: August 28, 2014   _____
HON. ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE